# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trauger, Aleta A. | U.S. District Court (MD Tenn) | 04/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Ct.Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

825 U.S. Courthouse
801 Broadway
Nashville, Tennessee 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Income from law firm partnership - spouse is attorney partner in Trauger & Tuke. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Andrea Conte & Phil Bredesen | Round trip to Jackson, Wyoming, on private jet, hotel, van transportation | $4,874.00 |
| 2. | | for filer and spouse. Dec. 2014 | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nashville Bank & Trust | Mortgage on spouse's law firm bldg. & loan for HVAC units (spouse's joint liability with other partners) | N |
| 2. | Nashville Bank & Trust | Line of credit for law firm partnership | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acc'ts. at SunTrust Bank, Nashville, TN | A | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | | None | M | T | | | | | |
| 3. Robertson Stephens Emerging Growth Fund | | None | N | T | | | | | |
| 4. Guilford Co., NC farmland | B | Rent | N | W | | | | | |
| 5. Cash surr. value NW Life policy | | None | M | T | | | | | |
| 6. Cash surr. value of 2 NW Life policies | | None | M | T | | | | | |
| 7. Parnassus Fund | C | Dividend | M | T | | | | | |
| 8. Interest in law firm bldg. | | None | M | W | | | | | |
| 9. Profit sharing plan- Divers. Trust | | None | P1 | T | | | | | |
| 10. Moore County, NC timber land | A | Rent | M | W | | | | | |
| 11. Bank of America Corp. | A | Dividend | J | T | | | | | |
| 12. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 13. Piedmont Natural Gas Co. | A | Dividend | K | T | | | | | |
| 14. Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 15. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |
| 16. Lincoln National Corp. | A | Dividend | K | T | | | | | |
| 17. MGT Holdings | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The Providence Service Corp. | | None | O | T | Donated (part) | 12/22/14 | M | | |
| 19. Rental Property -Nashville, Davidson Co., TN | E | Rent | O | W | | | | | |
| 20. Regions Bank money mkt. acct. (Morgan Keegan/Raymond James) | B | Interest | J | T | | | | | |
| 21. Pinnacle Nat. Bank accounts | A | Interest | L | T | | | | | |
| 22. Blount County, TN munic. bonds | A | Interest | K | T | | | | | |
| 23. Hirtle, Callaghan Investment Funds | | | | | | | | | |
| 24. - DWS Tax Exempt INSL Share | A | Dividend | N | T | | | | | |
| 25. -HCCT Commodities | A | Dividend | J | T | Sold (part) | 12/15/14 | L | | |
| 26. | | | | | Sold (part) | 12/19/14 | J | | |
| 27. -HCCT Emerging Mkts. | B | Dividend | L | T | Sold (part) | 12/08/14 | K | | |
| 28. | | | | | Sold (part) | 12/16/14 | J | | |
| 29. -HCCT Fixed Income Opportunity | A | Dividend | J | T | Sold (part) | 06/05/14 | K | | |
| 30. | | | | | Sold (part) | 12/16/14 | J | | |
| 31. -HCCT Intermed. Muni. | D | Dividend | M | T | | | | | |
| 32. -HCCT Intermed. Muni. II | B | Dividend | L | T | Sold (part) | 12/16/14 | J | | |
| 33. -HCCT International | A | Dividend | N | T | Sold (part) | 12/08/14 | J | | |
| 34. | | | | | Sold (part) | 12/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 12/18/14 | J | | |
| 36. -HCCT Large Cap Growth | B | Dividend | M | T | Sold (part) | 12/16/14 | J | | |
| 37. -HCCT Large Cap Value | C | Dividend | M | T | | | | | |
| 38. -HCCT Small Cap | A | Dividend | K | T | | | | | |
| 39. -HCCT Core Fixed Income | A | Dividend | J | T | Sold (part) | 12/16/14 | J | | |
| 40. -HCCT Institutional International Equity | A | Dividend | J | T | | | | | |
| 41. -HCCT Institutional Large Cap. Growth | A | Dividend | J | T | Sold (part) | 12/16/14 | J | | See note in Part VIII |
| 42. -HCCT Institutional Large Cap. Value | C | Dividend | J | T | Sold (part) | 12/16/14 | J | | See note in Part VIII |
| 43. Nelson's Green Brier Distillery, LLC | | None | L | T | | | | | |
| 44. Wells Fargo checking acct. | | None | | | Closed | 09/23/14 | J | | |
| 45. Claritas Capital COC Partners, LLC | | None | | | Sold | 04/11/14 | N | G | |
| 46. Shelby Co., TN Health EDL & HSG Facs Rev. Bonds | B | Interest | K | T | | | | | |
| 47. Edwards Jones Advisory Solutions | D | Dividend | N | T | | | | | . |
| 48. Edwards Jones IRA | D | Dividend | M | T | | | | | |
| 49. Edwards Jones Investment Acc't. | | | | | | | | | |
| 50. -Money market acc't. | | None | K | T | | | | | |
| 51. -Rutherford Co. Gen. oblig. bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Puerto Rico Trans. Auth. bonds | A | Interest | J | T | | | | | |
| 53. -Metro Nashville Gen. oblig. bonds | A | Interest | K | T | | | | | |
| 54. -Sullivan Co. health bonds | A | Interest | | | Redeemed | 06/25/14 | J | B | |
| 55. -Knox Co. health & educ. bonds | A | Interest | J | T | | | | | |
| 56. -Robertson Co., TN school bonds | B | Interest | K | T | | | | | |
| 57. -Chattanooga Hosp. bonds (X) | A | Interest | | | Redeemed | 12/19/14 | K | A | |
| 58. -Blount Co. Public Auth. bonds | B | Interest | K | T | | | | | |
| 59. -AmGen, Inc. | A | Dividend | J | T | | | | | |
| 60. -Express Scripts Holding Co. | | None | J | T | | | | | |
| 61. -Gen. Electric Co. | A | Dividend | J | T | | | | | |
| 62. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 63. -Merck & Co., Inc. | A | Dividend | J | T | | | | | |
| 64. -Pepsico, Inc. | A | Dividend | J | T | | | | | |
| 65. -Travelers Companies, Inc. | A | Dividend | J | T | | | | | |
| 66. -Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 67. -Amer. Balanced Fund | C | Dividend | K | T | | | | | |
| 68. -Amer. Mut. Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Cap Income Bldr. Fund | B | Dividend | K | T | | | | | |
| 70. -Cap World Growth & Income Fund | B | Dividend | L | T | | | | | |
| 71. -Eaton Vance Tax Managed Div. Income Fund | A | Dividend | J | T | | | | | |
| 72. -Franklin, TN munic. bond fund | B | Dividend | L | T | | | | | |
| 73. -Fundamental Investors Fund | D | Dividend | L | T | | | | | |
| 74. -Growth Fund of Amer. | A | Dividend | K | T | | | | | |
| 75. -Income Fund of Amer. | B | Dividend | L | T | | | | | |
| 76. -Mut. Global Discovery Fund | C | Dividend | L | T | Sold (part) | 06/05/14 | K | | |
| 77. -New Perspective Fund | C | Dividend | L | T | | | | | |
| 78. -Nuveen Intermed. Duration Munic. Bond Fund | A | Dividend | K | T | | | | | |
| 79. -Templeton Global Bond Fund | B | Dividend | K | T | | | | | |
| 80. -Lincoln Financial Group Annuity | | None | M | T | | | | | |
| 81. Hirtle, Callaghan Investment Funds | | | | | | | | | |
| 82. -DWS Gov't. Cash Fund | A | Dividend | J | T | | | | | |
| 83. -HCCT Real Estate | A | Dividend | J | T | Sold (part) | 12/02/14 | K | | |
| 84. | | | | | Sold (part) | 12/16/14 | J | | |
| 85. -Select Sector SPDR (x) | A | Dividend | L | T | Buy | 12/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 12/19/14 | J | | |
| 87. -Powershares DBCOM index fund (x) | | None | K | T | Buy | 12/15/14 | K | | |
| 88. | | | | | Buy | 12/19/14 | J | | |
| 89. -HCCT Institutional Small Cap (x) | | None | J | T | Sold (part) | 12/16/14 | J | | |
| 90. -ISHARES MSCI EAFE (x) | A | Dividend | K | T | Buy | 12/08/14 | J | | |
| 91. | | | | | Buy | 12/11/14 | K | | |
| 92. -ISHARES MSCI Emerging Mkt. (x) | A | Dividend | K | T | Buy | 12/08/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A. | 04/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 41.  HCCT Institutional Growth Equity has been renamed HCCT Institutional Large Cap Growth.

Part VII, Line 42.  HCCT Institutional Value Equity has been renamed HCCT Institutional Large Cap Value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Aleta A. Trauger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544